FILED
CLERK, U.S. DISTRICT COURT

MAY - 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___AF___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JOSE RODAS<br><br>                Defendant. | CR 98-535-PA-3<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (X)   the appearance of defendant as required; and/or

    (B)  (X)   the safety of any person or the community.

//
//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_Current allegations_
_Prior criminal history_

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_No bail resources_
_Immigration detainer_

IT IS ORDERED that defendant be detained.

DATED: 5/1/2013

*Patrick J. Walsh*
HON. PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE